IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED SEP 17 2012**
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

SHAKAIR McCAIN : CIVIL ACTION
:
v. :
:
:
MICHAEL J. ASTRUE, COMMISSIONER : NO. 11-4131
OF SOCIAL SECURITY ADMINISTRATION :

**ORDER**

AND NOW, this 17 day of Sep, 2012, upon consideration of Plaintiff's Motion for Summary Judgment, Defendant's Response to Request for Review of Plaintiff, the Record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED.**

2. Plaintiff' Motion for Summary Judgment (Docket Entry Nos. 10 and 11) is **DENIED.**

3. **JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION AND AGAINST PLAINTIFF SHAKAIR McCAIN, AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY.**

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
BERLE M. SCHILLER, J.